UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ARANTZA CASTRO,                                         CASE NO. 1:24-cv-23844-JEM

    Plaintiff,

vs.

KAHALA FRANCHISING, LLC, a Foreign Limited Liability Company
D/B/A COLD STONE CREAMERY

    Defendant,
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ARANTZA CASTRO by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, ARANTZA CASTRO and Defendant, KAHALA FRANCHISING LLC D/B/A COLD STONE CREAMERY have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Notice of Dismissal. As such. parties request that this honorable Court allow 60 days to finalize all documents before dismissing the case.

    Respectfully Submitted,

    MENDEZ LAW OFFICES, PLLC
    Attorney for Plaintiff
    P.O. BOX 228630
    Miami, Florida 33172
    Telephone: 305.264.9090
    Facsimile:  305.809.8474
    Email:info@mendezlawoffices.com
    By: /s/ Diego German Mendez
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748

###