UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-23844-CIV-MARTINEZ

ARANTZA CASTRO,

       Plaintiff,

v.

KAHALA FRANCHISING, LLC,

       Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before this Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (the "Notice"), (ECF No. 11). This Court has reviewed the Notice and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, all pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of January, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record